1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   WILLIE LEE BROOKS, II,                         No.  2:21-cv-2083 KJN P

12                  Petitioner,

13        v.                                        ORDER

14   STATE OF CALIFORNIA,

15                  Respondent.

16

17        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas

18   corpus pursuant to 28 U.S.C. § 2254.

19        The application attacks a conviction issued by the Los Angeles County Superior Court.

20   While both this court and the United States District Court in the district where petitioner was

21   convicted have jurisdiction, see Braden v. 30th Judicial Circuit Court, 410 U.S. 484 (1973), any

22   and all witnesses and evidence necessary for the resolution of petitioner's application are more

23   readily available in Los Angeles County.  Id. at 499 n.15; 28 U.S.C. § 2241(d).

24        Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that this matter is

25   transferred to the United States District Court for the Central District of California.

26   Dated:  November 17, 2021

27

28   /broo2083.108
                                          KENDALL J. NEWMAN
                                          UNITED STATES MAGISTRATE JUDGE